UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| DOUGLAS SORENSEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 1:11-CV-307 |
| v. | ) |
| | ) Judge Curtis L. Collier |
| CITY OF CALHOUN, TENNESSEE, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

United States Magistrate Judge Christopher H. Steger filed a report and recommendation (the "R&R") on Plaintiff's motions for attorney fees, pre-judgment interest, and litigation costs under the Uniformed Services Employment and Reemployment Rights Act, 38 U.S.C. § 4323(h)(2) (Docs. 61, 71) on February 2, 2016. (Doc. 74.) Neither party has objected to the R&R within the given fourteen days.

After reviewing the record, the Court agrees with the R&R (Doc. 74). The Court hereby **ACCEPTS** and **ADOPTS** the R&R (Doc. 74). Plaintiff's motions for attorney fees (Docs. 61, 71) are **GRANTED IN PART**. Plaintiff is awarded $55,000.00 in attorney fees and $1,390.40 in costs. Plaintiff's request for prejudgment interest is **DENIED**.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**